UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SPENCER WILLIAMS #483474,

     Petitioner,                           Case No. 1:09-cv-1139

v                                       HON. JANET T. NEFF

HUGH WOLFENBARGER,

     Respondent.
_____/


**<u>FINAL ORDER</u>**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 25) are DENIED, and the Report and Recommendation of the Magistrate Judge (Dkt 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for a Writ of Habeas Corpus (Dkt 1) is CONDITIONALLY GRANTED, and a conditional writ of habeas corpus issues solely on Petitioner's claim that his Motion to Withdraw Plea was improperly denied in *People v. Spencer Lee Williams*, Kent County Circuit Court Case No. 08-07472-FC.

**IT IS FURTHER ORDERED** that the State of Michigan shall release Petitioner from custody on said conviction <u>90 days from the date of this Order</u>, unless within that time the State of Michigan permits Petitioner to withdraw his plea and institutes proceedings against Petitioner for the crimes with which he was originally charged.


Date: February 23, 2012                        _/s/ Janet T. Neff_____
                                            JANET T. NEFF
                                            United States District Judge